FILED
08 APR 17 AM 10:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MHP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EDWIN J. TORRES
Plaintiff,

vs.

Deputy Anguilo
Defendant.

CV 08 1996 CASE NO.

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, EDWIN J. TORRES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

AIG SunAmerica 2005 (5000.00/month)

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No X

b. Income from stocks, bonds, or royalties? Yes ___ No X

c. Rent payments? Yes ___ No X

d. Pensions, annuities, or life insurance payments? Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married? Yes ___ No X

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A Net $ N/A

4. a. List amount you contribute to your spouse's support:$ N/A

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $ N/A Amount of Mortgage: $ N/A

6. Do you own an automobile? Yes ___ No ___

Make N/A Year N/A Model N/A

Is it financed? Yes _____ No _______ If so, Total due: $ N/A

Monthly Payment: $ ______________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash? Yes ___ No X Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

8. What are your monthly expenses?

Rent: $ 0 Utilities: 0

Food: $ 0 Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| NONE | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/4/08
DATE

SIGNATURE OF APPLICANT

Case Number: ____________________

Case Number: ____________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of TORRES, EDWIN JOHN ULK162 [prisoner name] for the last six months GLENN E. DYER JAIL [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ -0- and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0- .

Dated: 3/19/08

[signature]
[Authorized officer of the institution]

JQAT.ULK162 03/19/08 0820 PAGE

INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: ULK162 HFA: NCJ NAME: TORRES, EDWIN JOHN ACCT BAL: .0

| TRANS DATE | ---RECEIPT--- HFA | NUMBER | TRANSACTION CODE LITERAL | AMOUNT | RUNNING BALANCE | MSG |
|---|---|---|---|---|---|---|
| 07/27/07 | SRJ | 14-97836 | CBKG CR NBOK | .00 | .00 | |
| 10/05/07 | NCJ | NE-02680 | DMED | .00 | .00 | |
| 10/22/07 | NCJ | NE-03386 | DMED | .00 | .00 | |
| 01/03/08 | NCJ | NE-07529 | DMED | .00 | .00 | |
| 01/29/08 | NCJ | NE-08764 | DMED | .00 | .00 | |
| 02/07/08 | NCJ | NE-09511 | DMED | .00 | .00 | |

252 W:BALANCE IS ZERO


Glenn E Dyer Detention
550 6th Street
Oakland, CA 94607
Office of The Clerk, U S District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102
"Legal Mail"
LEGAL MAIL
TO BE OPENED IN PRESENCE OF INMATE
MAKING DELIVERY
DATE
THIS ITEM WAS OPENED IN MY PRESENCE
INMATE SIGNATURE
RECEIVED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Pro Se