



RECEIVED
APR 22 PM 1:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

<u>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983</u>

Name TORRES        EDWIN       J.
     (Last)         (First)    (Initial)

Prisoner Number ULK-162, 97645-011 (Fed)
Institutional Address 550 6th STREET, OAKLAND, CA 94607

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWIN J. TORRES )
(Enter the full name of plaintiff in this action.) )
                                                   )   Case No. CV 08 1996
                vs.                                )   (To be provided by the Clerk of Court)
                                                   )
Deputy Anguilo                                     )   COMPLAINT UNDER THE
_____                    )   CIVIL RIGHTS ACT,
                                                   )   Title 42 U.S.C § 1983
_____                    )
                                                   )   E-filing
_____                    )
(Enter the full name of the defendant(s) in this action) )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

     [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

     A.   Place of present confinement  Glenn Dyer Jail

     B.   Is there a grievance procedure in this institution?

          YES (X)    NO ( )

     C.   Did you present the facts in your complaint for review through the grievance procedure?

          YES (X)    NO ( )

     D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                         - 1 -