UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWIN J. TORRES,            No. C 08-1996 MHP (pr)

    Plaintiff,                 **ORDER OF DISMISSAL**

    v.

Deputy ANGUILO,

    Defendant.
_____ /

On April 17, 2008, mail was sent from the court to plaintiff at the address he provided to the court and was returned undelivered on April 22, 2008, marked "RTS" and "not in custody." Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to send a current address within sixty days of the return of the undelivered mail

For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a). The in forma pauperis application is DENIED. (Docket # 2.) The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 14, 2008

_____
Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWIN J TORRES,

        Plaintiff,

  v.

ANGUILO et al,

        Defendant.

Case Number: CV08-01996 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin J. Torres ULK-162
Glenn E. Dyer Jail
550 6th Street
Oakland, CA 94607

Dated: July 16, 2008

                                            Richard W. Wieking, Clerk
                                            By: Anthony Bowser, Deputy Clerk