UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN J. TORRES, | No. C 08-1996 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Deputy ANGUILO, | |
| Defendant. / | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 14, 2008

_____
Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWIN J TORRES,

        Plaintiff,

  v.

ANGUILO et al,

        Defendant.

Case Number: CV08-01996 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin J. Torres ULK-162
Glenn E. Dyer Jail
550 6th Street
Oakland, CA 94607

Dated: July 16, 2008

                Richard W. Wieking, Clerk
                By: Anthony Bowser, Deputy Clerk