Edwin J. Torres ULK-162
Glenn E. Dyer Jail
550 6th Street
Oakland, CA 94607


CV08-01996 MHP

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN J. TORRES, | No. C 08-1996 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Deputy ANGUILO, | |
| Defendant. | |

On April 17, 2008, mail was sent from the court to plaintiff at the address he provided to the court and was returned undelivered on April 22, 2008, marked "RTS" and "not in custody." Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to send a current address within sixty days of the return of the undelivered mail

For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a). The in forma pauperis application is DENIED. (Docket # 2.) The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 14, 2008

Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWIN J TORRES,

        Plaintiff,

v.

ANGUILO et al,

        Defendant.

Case Number: CV08-01996 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin J. Torres ULK-162
Glenn E. Dyer Jail
550 6th Street
Oakland, CA 94607

Dated: July 16, 2008

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk

**FILED**

JUL 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN J. TORRES, | No. C 08-1996 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Deputy ANGUILO, | |
| Defendant. | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 1⁄, 2008

Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWIN J TORRES,

        Plaintiff,

v.

ANGUILO et al,

        Defendant.
_____/

Case Number: CV08-01996 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin J. Torres ULK-162
Glenn E. Dyer Jail
550 6th Street
Oakland, CA 94607

Dated: July 16, 2008

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk

$00.42
PITNEY BOWES
JUL 16 2008
MAILED FROM ZIP CODE 94102
02 1A
0004329882
UNITED STATES POSTAGE

RECEIVED
08 JUL 23 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

NIXIE    945    DC 1    00    07/20/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 9410234B999    *0940-02262-16-42

9410203489

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

☐ NOT IN CUSTODY

Case 3:08-cv-01996-MHP     Document 6     Filed 07/23/2008     Page 7 of 7